927 A.2d 1288

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. ANTHONY PIERRE HESTER, DEFENDANT–
PETITIONER.

July 6, 2007.

ORDERED that the petition for certification is granted, limited solely to the issue of allocution, and the matter is summarily remanded to the trial court for resentencing.

927 A.2d 1288

GERTRUDE BARRETT, PETITIONER–PETITIONER, v. BOARD OF TRUSTEES, PUBLIC EMPLOYEES' RETIREMENT SYSTEM, RESPONDENT–RESPONDENT.

July 26, 2007.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the respondent in light of *Richardson v. Board of Trustees, Police and Firemen's Retirement System*, 192 *N.J.* 189, 927 *A.2d* 543 (2007).